## Contents Sheet for Clerk:

1. Civil Cover Sheet
2. Complaint for a Civil Case
3. Exhibits A-F (Including Exhibits Cover Sheet)
4. Verification and Certificate of Service
5. In forma pauperis

# CIVIL COVER SHEET

JS 44 (Rev. 10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kyle Lee Owens

**DEFENDANTS** Pokeman Company International Inc.
Nintendo of America Inc.

**(b)** County of Residence of First Listed Plaintiff **Pocahontas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **King County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se/Kyle Owens (815) 324-2422
522 Sadie St. APT. 8, Laurens, IA. 50554

Attorneys *(If Known)*

N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☒ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1, 15 U.S.C. § 2, 15 U.S.C. § 15

Brief description of cause:
Sherman Act (restraint of trade), Sherman Act (monopolization), Private right of action + damages

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 
$341,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

RECEIVED

MAY 11 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

# UNITED STATES DISTRICT COURT

for the

_Northern_ District of _Iowa_

_Western_ Division

| | |
|---|---|
| Kyle Lee Owens | ) Case No. _____ |
| | ) |
| | ) _(to be filled in by the Clerk's Office)_ |
| | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_ ☐ Yes ☑ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| The Pokémon Company International, Inc.; | ) |
| Nintendo of America Inc. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kyle Owens |
| Street Address | 522 Sadie St. APT. 8 |
| City and County | Laurens; Pocahontas |
| State and Zip Code | Iowa; 50554 |
| Telephone Number | (815) 324-2422 |
| E-mail Address | GameMasterUltimate2000@Gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Case 3:26-cv-03017-LTS-KEM    Document 1-1    Filed 05/14/26    Page 4 of 56    ~~Page 1 of 5~~

Defendant No. 1

| | |
|---|---|
| Name | The Pokémon Company International, Inc. |
| Job or Title *(if known)* | |
| Street Address | 10400 NE 4th Street, Suite 2800 |
| City and County | Bellevue; King County |
| State and Zip Code | Washington; 98004 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Nintendo of America Inc. |
| Job or Title *(if known)* | |
| Street Address | 4600 150th Avenue NE |
| City and County | Redmond; King County |
| State and Zip Code | Washington; 98052 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

2 of 13

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question                    [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C. § 1 (Sherman Act – Restraint of Trade), 15 U.S.C. § 2 (Sherman Act – Monopolization), ~~28 U.S.C. § 1331 (Federal Question Jurisdiction),~~
15 U.S.C. § 15 (Private Right of Action and Treble Damages under Antitrust Laws)
15 U.S.C. § 2

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Kyle Lee Owens                    , is a citizen of the State of *(name)* Iowa                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    ,

and has its principal place of business in the State of *(name)*

                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                    , is a citizen of

the State of *(name)*                    . Or is a citizen of

*(foreign nation)*                    .

3 of 13

b.    If the defendant is a corporation

The defendant, *(name)*  The Pokémon Company International, Ir , is incorporated under

the laws of the State of *(name)*    Washington                          , and has its

principal place of business in the State of *(name)*    Washington                     .

Or is incorporated under the laws of *(foreign nation)*  _____ ,

and has its principal place of business in *(name)*  _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$341,000

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.
See attached: "Statement of Claim"

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached "DAMAGES AND RELIEF REQUESTED"

# STATEMENT OF CLAIM

1. Plaintiff Kyle Lee Owens brings this action against Defendants The Pokémon Company International, Inc., Nintendo of America Inc., and any related responsible corporate entity for unlawful exclusion from the Pokémon Professor certification program, denial of access to official Pokémon organized-play tools, and deprivation of commercial and economic opportunity after Plaintiff passed the Pokémon Professor certification examination with a 100% score.

2. This action arises under federal law because Defendants operate a nationwide and interstate commercial event-hosting, certification, licensing, and organized-play system affecting trade and commerce among the several states. The federal district court has federal-question jurisdiction over Plaintiff's federal antitrust claims under 28 U.S.C. § 1331, which grants jurisdiction over civil actions arising under federal law.

3. This Court also has jurisdiction under 28 U.S.C. § 1332 because Plaintiff is a citizen of Iowa, Defendants are believed to be citizens of Washington and/or other states, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Diversity jurisdiction requires complete diversity and an amount in controversy exceeding $75,000.

4. The Court further has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiff's Iowa-law claims because those claims arise from the same nucleus of operative facts as the federal claims: Defendants' denial of Plaintiff's certification, use of criminal-history information, exclusion from official event access, and resulting commercial injury.

5. At all relevant times, Plaintiff was an Iowa resident. At the time of the denial and injury, Plaintiff resided in Iowa, and the certification, event-hosting opportunity, business traffic, and economic benefits would have been used and performed in Iowa.

6. Defendants operate a nationwide organized-play system for Pokémon card and video game events. Through this system, Defendants control who may act as an official Pokémon Professor, who may host sanctioned Pokémon events, who may use official event tools, and who may appear in official event-location resources.

7. Defendants' Pokémon Professor program is not merely recreational. It functions as a structured certification and authorization system granting official status, access to official event tools, ability to host sanctioned card and video game matches, listing in an event locator, and opportunities that generate business traffic, customer attendance, product sales, goodwill, and commercial advantage.

8. Defendants also restrict or prohibit unauthorized public events involving Nintendo/Pokémon intellectual property and organized play. This makes certification and authorization economically significant because non-certified persons are excluded from the official system and face imminent civil litigation if operating outside the official channels of Pokemon.

9. Plaintiff completed the Pokémon Professor certification examination and achieved a 100% score.

10. Plaintiff was informed that he passed the examination.

11. After Plaintiff passed, Defendants required or used a third-party employment-style background check.
12. Plaintiff does not claim the third-party background-check vendor necessarily violated the Fair Credit Reporting Act merely by reporting Pennsylvania misdemeanor matters. Plaintiff's claim is that Defendants misused, misapplied, and improperly relied upon the reported information to deny Plaintiff certification and bar him from the Pokémon Professor system, and in doing so, violated Iowa Employment Law
13. Defendants initially relied upon or referenced an old, low-level Illinois felony that was more than ten years old.
14. After Plaintiff challenged or disputed that basis, Defendants changed, replaced, or erased the stated reason for denial and instead relied upon three Pennsylvania misdemeanor matters that did not show guilty findings.
15. The Pennsylvania misdemeanor matters were not convictions.
16. Defendants nevertheless treated those non-conviction matters as grounds to deny Plaintiff certification, restrict Plaintiff's access, and bar Plaintiff from official Pokémon Professor tools and benefits.
17. Defendants did not provide Plaintiff a meaningful individualized assessment explaining how the non-conviction Pennsylvania matters were substantially related to the duties of a Pokémon Professor, event host, organizer, judge, or official representative.
18. Defendants did not provide a fair process, meaningful appeal, or rational explanation before depriving Plaintiff of certification and access.
19. Defendants' shifting reasons show arbitrary decision-making, bad faith, pretext, lack of consistent standards, and lack of a legitimate nexus between the record information and the certification sought.
20. Defendants' denial caused Plaintiff to lose access to official certification, official event tools, the event locator, official Pokémon event-hosting authority, prospective customer traffic, goodwill, business opportunity, and economic benefits.

---

# COUNT I — FEDERAL ANTITRUST: SHERMAN ACT § 1

**Unreasonable Restraint of Interstate Trade, 15 U.S.C. § 1**

21. Plaintiff incorporates all prior paragraphs.
22. Section 1 of the Sherman Act prohibits every contract, combination, or conspiracy in restraint of trade or commerce among the several states.
23. Defendants operate a controlled interstate system for official Pokémon organized play.
24. Defendants' certification, approval, event-hosting, and event-locator system functions as a gatekeeping mechanism controlling participation in a defined commercial ecosystem: official Pokémon organized-play event hosting, official Pokémon tournament organization, and related retail/customer-generating activity.
25. Defendants' conduct affects interstate commerce because Pokémon organized play, card sales, video game events, tournament points, regional events, national events, and

world championship pathways operate across state lines and involve national commercial activity.

26. Defendants' rules and restrictions prevent persons from freely hosting official Pokémon events without Defendants' authorization.

27. By denying Plaintiff certification after he passed the exam, and by relying on non-conviction criminal-history information without a rational nexus, Defendants excluded Plaintiff from the official event-hosting market.

28. Plaintiff alleges that Defendants' certification and event-access restrictions operate as an unreasonable restraint when applied arbitrarily, inconsistently, and without lawful or competitive justification.

29. Defendants' conduct did not merely injure Plaintiff personally; it reduced competition and consumer access by excluding a qualified Iowa-based event host from the official organized-play system.

30. Plaintiff's injury is an antitrust injury because it is injury to business or property flowing from exclusionary conduct that restricts competition and access in a controlled interstate commercial market. The Supreme Court requires antitrust injury to be injury of the type antitrust laws were intended to prevent and that flows from what makes the defendant's acts unlawful.

31. Plaintiff seeks damages and injunctive relief under the federal antitrust laws.

---

# COUNT II — FEDERAL ANTITRUST: SHERMAN ACT § 2

**Monopolization / Attempted Monopolization / Exclusionary Conduct, 15 U.S.C. § 2**

32. Plaintiff incorporates all prior paragraphs.

33. Section 2 of the Sherman Act prohibits monopolization, attempted monopolization, or conspiracy to monopolize any part of trade or commerce among the several states.

34. Defendants possess monopoly power or market-controlling power over the relevant market of official Pokémon organized-play certification, official Pokémon event authorization, Pokémon Professor access, and official Pokémon event-location listing.

35. The relevant market is not all card games or all entertainment events. The relevant market is the official Pokémon organized-play and event-hosting system, because only Defendants can authorize official Pokémon Professor status, official Pokémon event tools, official Pokémon tournament points, sanctioned Pokémon events, and official Pokémon event locator access.

36. A single-brand or aftermarket can be legally relevant where consumers or participants are locked into the system and there are no practical substitutes for the controlled parts or services. In Eastman Kodak Co. v. Image Technical Services, Inc., the Supreme Court held that evidence of market power in a single-brand aftermarket may be sufficient where the factual realities of the market show lack of practical substitutes.

7 of 13

37. Here, there is no practical substitute for official Pokémon Professor certification if a person seeks to host official Pokémon events, use official Pokémon tools, appear in the official locator, or support players seeking official competitive points.
38. Defendants willfully maintained or exercised that market power by excluding Plaintiff from the official system after Plaintiff passed the certification exam.
39. Defendants' exclusionary conduct was not based on failure to pass the exam, lack of qualification, lack of ability, or failure to complete the certification process.
40. Instead, Defendants relied on shifting criminal-history explanations, including non-conviction Pennsylvania misdemeanor matters, without a meaningful individualized nexus to the role.
41. Defendants' conduct was exclusionary because it prevented Plaintiff from competing as an Iowa-based official Pokémon event host and prevented customers and players from accessing Plaintiff's prospective events.
42. Plaintiff was injured in business and property by Defendants' exclusion.
43. Under 15 U.S.C. § 15, a person injured in business or property by reason of conduct forbidden by antitrust laws may sue in federal district court and recover treble damages, costs, and reasonable attorney fees.

# COUNT III — FEDERAL DECLARATORY AND INJUNCTIVE RELIEF

### Declaratory Judgment / Equitable Relief Concerning Interstate Commercial Exclusion

44. Plaintiff incorporates all prior paragraphs.
45. An actual controversy exists between Plaintiff and Defendants regarding Plaintiff's right to certification, event-tool access, event locator access, and removal of bans or restrictions.
46. Plaintiff seeks a declaration that Defendants' denial and continued exclusion were arbitrary, inconsistent, commercially unreasonable, and unlawfully exclusionary when applied to Plaintiff after he passed the examination.
47. Plaintiff seeks injunctive relief requiring Defendants to:
    a. issue Plaintiff's Pokémon Professor certification;
    b. restore access to official Pokémon Professor tools;
    c. allow Plaintiff access to the Pokémon Event Locator if otherwise eligible;
    d. remove all bans, restrictions, or adverse flags;
    e. conduct any further review using consistent, individualized, and lawful standards.
48. Monetary damages alone are inadequate because denial of official certification, event access, and official locator placement causes continuing loss of opportunity, goodwill, customer access, and commercial participation.

# COUNT IV — IOWA-LAW CLAIM UNDER SUPPLEMENTAL / DIVERSITY JURISDICTION

**Promissory Estoppel**

49. Plaintiff incorporates all prior paragraphs.
50. Plaintiff pleads this claim under Iowa law, either under supplemental jurisdiction pursuant to 28 U.S.C. § 1367 or diversity jurisdiction pursuant to 28 U.S.C. § 1332.
51. Defendants represented through their certification process that persons who complete the required steps, pass the examination, and satisfy lawful eligibility standards may obtain Pokémon Professor certification.
52. Plaintiff took the examination and passed with a 100% score.
53. Plaintiff reasonably relied on Defendants' certification process, examination result, and pass notification.
54. Plaintiff's reliance was foreseeable because Defendants knew the certification provides economic and practical access to official event hosting, official tools, event locator listing, and commercial benefits.
55. Defendants denied Plaintiff the benefit of that reliance by changing the stated reason for denial and relying on non-conviction criminal-history information without rational connection to the role.
56. Iowa recognizes promissory estoppel where a promise or representation induces reasonable reliance and injustice can be avoided only by enforcement.
57. Plaintiff suffered injury including lost certification, lost business opportunity, lost customer traffic, lost goodwill, and consequential damages.

# COUNT V — IOWA-LAW CLAIM UNDER SUPPLEMENTAL / DIVERSITY JURISDICTION

**Breach of Implied Contract / Breach of Implied Covenant of Good Faith and Fair Dealing**

58. Plaintiff incorporates all prior paragraphs.
59. Defendants created an implied contractual relationship by offering a certification program, administering an examination, requiring compliance with program terms, and providing official access to those who successfully complete the process.
60. Plaintiff accepted and performed by applying, taking the examination, passing the examination, and submitting to required screening.
61. Defendants breached the implied contract and implied covenant of good faith and fair dealing by:
    a. refusing certification after Plaintiff passed;
    b. changing the reason for denial;
    c. relying on non-conviction misdemeanor matters;

d. failing to provide a rational nexus between the records and the role;

e. depriving Plaintiff of the expected benefit of certification.

62. Defendants' conduct was arbitrary, inconsistent, and commercially unreasonable.

63. Plaintiff suffered damages.

---

# COUNT VI — IOWA-LAW CLAIM UNDER SUPPLEMENTAL / DIVERSITY JURISDICTION

**Tortious Interference With Prospective Business Advantage / Economic Expectancy**

64. Plaintiff incorporates all prior paragraphs.

65. Plaintiff had a prospective business expectancy in hosting official Pokémon events in Iowa.

66. Plaintiff had a reasonable probability of future economic benefit because official Pokémon events bring customers, players, inventory sales, goodwill, repeat business, and community engagement, and the Pokemon Locator tool, allows business and location listing through the official Pokemon website, for people to find and locate an official Pokemon gym (Plinatiff's sole-proprietorship) and participate in league points and events.

67. Defendants knew or should have known that Pokémon Professor certification and event locator access create commercial opportunity and customer traffic.

68. Defendants intentionally and improperly interfered with Plaintiff's prospective business expectancy by denying certification, barring event tool access, and excluding Plaintiff from the event locator system.

69. Iowa recognizes tortious interference with prospective business relations or economic benefit where the defendant intentionally and improperly interferes with a prospective relationship.

70. Under Iowa law, tortious interference with prospective economic benefit generally requires a prospective contractual or business relationship, knowledge, intentional and improper interference, causation, and damages.

71. Defendants' interference caused Plaintiff's prospective business opportunity to fail to materialize.

72. Plaintiff suffered damages.

---

# COUNT VII — IOWA-LAW CLAIM UNDER SUPPLEMENTAL / DIVERSITY JURISDICTION

**Negligent Misrepresentation / Commercial Misrepresentation**

10 of 13

73. Plaintiff incorporates all prior paragraphs.
74. Defendants supplied information and determinations in the course of a structured certification process.
75. Defendants informed Plaintiff that he passed the exam or otherwise permitted Plaintiff to reasonably understand that he successfully completed the examination requirement.
76. Defendants later supplied inconsistent, changed, or misleading reasons for denial.
77. Defendants failed to exercise reasonable care in reviewing, interpreting, applying, and communicating criminal-history information.
78. Plaintiff reasonably relied on Defendants' certification process and communications.
79. Plaintiff suffered damages.

# COUNT VIII — IOWA-LAW CLAIM UNDER SUPPLEMENTAL / DIVERSITY JURISDICTION

**Iowa-Based Injury, Long-Arm Jurisdiction, and Out-of-State Corporate Conduct**

80. Plaintiff incorporates all prior paragraphs.
81. Defendants are out-of-state corporate entities, but they directed their certification, event-hosting, and organized-play system into Iowa.
82. Iowa Code § 617.3 provides that if a foreign corporation makes a contract with an Iowa resident to be performed in whole or in part in Iowa, or commits a tort in whole or in part in Iowa against an Iowa resident, such acts are deemed doing business in Iowa for purposes of service of process.
83. Defendants' conduct caused harm in Iowa because Plaintiff resided in Iowa, intended to host or benefit from official Pokémon events in Iowa, and suffered economic injury in Iowa.
84. Plaintiff therefore pleads all Iowa-law claims under supplemental jurisdiction and, independently, under diversity jurisdiction.



# DAMAGES AND RELIEF REQUESTED

85. Plaintiff seeks immediate issuance of the Pokémon Professor certification.
86. Plaintiff seeks immediate access to the Pokémon Event Locator and all necessary Pokémon Professor event tools.
87. Plaintiff seeks removal of all bans, restrictions, adverse flags, or eligibility blocks.
88. Plaintiff seeks compensatory damages, consequential damages, restitution, lost business opportunity damages, lost goodwill damages, and all other damages permitted by law.
89. Plaintiff seeks damages of no less than **$341,000**, subject to proof, amendment, discovery, treble damages where allowed under federal antitrust law, costs, interest, and all other relief available.
90. Plaintiff seeks treble damages under 15 U.S.C. § 15 for any proven antitrust injury.
91. Plaintiff seeks declaratory and injunctive relief.
92. Plaintiff seeks costs and any other relief this Court deems just and proper.



## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     05/05/2026

Signature of Plaintiff

Printed Name of Plaintiff     Kyle Owens

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

13 of 13

# Exhibits Cover Sheet:

1. Exhibit A - Exhaustion of Remedies, Demands, POD
2. Exhibit B - Showing Passed Exam
3. Exhibit C - First Advantage and Misc Merits
4. Exhibit D - Denial Letter and Liability Proof Merits
5. Exhibit E - Misc Merits
6. Exhibit F - Pokemon Prohibits Unauthorized Events Without Permission



*Exhibit A*

**Delivery Status Notification (Failure)** Inbox ×

Game Master <gamemasterultimate2000@gmail.com>       2:13 AM (5 minutes ago)
to accommodationrequest_ta, noreply, privacyquestions, publicrelations ▾

Good morning,

My name is Kyle Owens.

I'm writing to demand settlement and remedy for unlawful rejection of my Pokemon Professor Certification, unlawful restriction to access to the Pokemon Event Locator Tool, and unlawful lifetime ban on reapplying and retesting.

On March 12th, 2024, I was tested and passed the Pokemon Professor Exam with a 100%, and was notified in email of passing. I was supposed to be issued a certification, and access to the Pokemon Event locator tool.

I was prompted to submit a background check through a 3rd party. I did. The agency originally pulled up a non-violent and non-sexual low class felony from 2011/2013 out of Illinois. When this happened I was living in Iowa, and this violated Iowa's employment laws, for only going back 7 years in employment background searches. When I complained, the reporting agency then removed that information from the finalized report, but now showing three unsettled misdemeanors out of Pennsylvania, that do not have guilty please associated with them. While the reporting agency can legally do that, your company, chose to misuse that information, and ban and bar me from my certificate, the event locator tool, and place a lifetime ban on retesting and reapplying through the pokemon website, along with a letter, now saying I was denied, and then lowering my 100% to an 80%, and stating that was the reason for the lifetime ban and bar

This is a violation of;
1. Iowa Employment Law. You cannot legally use unsettled criminal court cases, nor criminal cases that do not reflect "guilty" on the charges.
2. This directly infringes Federal Antitrust Law (Sherman Act §§1–2)
3. Federal common-law contract / promissory estoppel / interstate-commercial unfairness

See:
1. Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)
2. Federal Contract Common Law and Article 2 of the Uniform Commercial Code
3. M&G Polymers USA, LLC v. Tackett, 135 S.Ct. 926 (2015)
4. 28 U.S.C. § 1331
5. Restatement (Second) of Contracts § 90(1)
6. 28 U.S.C. § 1332
7. Erie Railroad Co. v. Tompkins, 304 U.S. 64 (1938)
8. Treadwell v. John Hancock Mutual Life Ins. Co., 666 F. Supp. 278 (D. Mass. 1987)

I am claiming emotional distress and punitive damages as well.

I am demanding settlement terms:
1. Immediately grant my Pokemon Professor Exam Certificate
2. Immediately grant my access to the official Pokemon Event Locator Tool
3. Removing bans and restrictions
4. Pay settlement restitution of no less than $85,252 within 30 days from the date of this letter.

If Pokemon Company International refuses to comply with these terms within 30 days, a Federal lawsuit will be filed against you, and the restitution claim will raise to $170,500.

You may supply payment to my home address no later than December 5th, 2025:
Kyle L. Owens
522 Sadie St. APT. 6
Laurens, IA 50554

The attached link contains the evidence.
https://drive.google.com/drive/folders/1YkiP19r3VSUdlASISLfippTvDsJuQ5SJ?usp=sharing

Thank you,
Kyle Owens

✔✔ Email tracked with Mailsuite · Opt out

Mail Delivery Subsystem ⚠ <mailer-daemon@googlemail.com>      2:13 AM (5 minutes ago)
to me ▾

**Message blocked**

Your message to **noreply@pokemon.com** has been blocked. See technical details below for more information.

**LEARN MORE**
⚠ This link will take you to a third-party site

The response from the remote server was:

550 Administrative prohibition - envelope blocked - https://community.mimecast.com/docs/DOC-1369#550 [FPxE-lWJcNwK1ED7IiecWtA.us639]

↩ Reply    → Forward    ☺

# Thank you, Kyle Owens.

Your order has been submitted.

*Exhibit A*

## Order number #2010254548830341

Confirmation email has been delivered to **GameMasterUltimate2000@Gmail.com**

Join our email list so that you're always the first to know about new products, exclusive discounts, and inspirational tips on how to get the most value out of your projects. You can unsubscribe at any time.

## Contact information

**CONTACT**

Pokemon International USA
accommodationrequest_ta@pokemon.com
(425) 274-4800

**ALTERNATE CONTACT PERSON**

Kyle Owens
GameMasterUltimate2000@Gmail.com
(815) 324-2422

## Shipping information

**ADDRESS**

Pokemon International USA
The Pokémon Company
International USA
10400 NE 4th Street
Suite 2800
Bellevue, WA, 98004
US

## Payment

**PAYMENT METHOD**

Pay by credit card
*ending in *4932*

**BILLING ADDRESS**

Kyle Owens
Game Master
522 Sadie St.
APT. 8
Laurens, IA 50554

## Cart summary

| PRODUCT NAME | PRICE | QTY | DISCOUNT | SUBTOTAL |
|---|---|---|---|---|
| 🚚 **Shipping** | | | | |
| **FedEx Office (1 item)** | | | | |
| Settlement and Demands PDF **SHOW DETAILS** ⌄ | $0.24 | 1 | - | $0.24 |

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 24# Wht | $0.24 | 1 | - | $0.24 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production Machine Finishing

**ADDITIONAL DETAILS**

Paper Size: 8.5x11

Sides: Single-Sided

Cutting: None

Folding: None

Collation: Collated

Folding Production: Hand Finishing

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Black & White

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing

*Exhibit A*

**Shipping method:** FedEx Ground US ®                                              $9.99

**Expected Delivery:** Thursday, November 06 End of Day

## Questions about your order?
## Visit our <u>Customer Support</u> page for help.
## Note: Due to the customization of your
## order, no changes or cancellations are
## available after order submission.

| | |
|---|---|
| Items (1) | $0.24 |
| Shipping Total | $9.99 |
| Tax | $0.02 |
| Total Discount(s) | - |
| Total | $10.25 |


Office

*Exhibit A*

Receipt #: **BFIKR32B690B0BB90CX**                    November 5, 2025 12:32 AM

## Print Orders

**Order:** 2010254548830341                                          **$10.23**

| Item | SKU | QTY | Unit Price | Price |
|---|---|---|---|---|
| **Custom Multi Sheet** | | **1** | **$0.2400** | **$0.24** |
| BW 1S on 24# Wht | 0330 | 1 | $0.2400 | $0.24 T |
| Promo FedEx Ground | 50490 | 1 | | $9.99 |

**Recipient Address**
Pokemon International USA
The Pokémon Company International USA
10400 NE 4th Street
Suite 2800
Bellevue, WA 98004, US
4252744800
accommodationrequest_ta@pokemon.com

| | |
|---|---|
| Print Order Subtotal | $10.23 |
| Tax | $0.02 |
| **Total** | **$10.25** |

Purchase APPROVED

| | |
|---|---|
| DCVR | $10.25 |
| Acct # | ****4932 |
| Expiration Date | 12/2027 |
| Authorization | 023258 |

Total Tender                    $10.25

Tell us how we're doing: **fedex.com/welisten**

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.


BFIKR32B690B0BB90CX

Case 3:26-cv-03017-LTS-KEM    Document 1-1    Filed 05/14/26    Page 21 of 56

 November 10, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 394994402817

*Exhibit A*

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | AGARRETT | Delivery Location: | |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Bellevue, WA, |
| | | Delivery date: | Nov 6, 2025 13:40 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 394994402817 | Ship Date: | Nov 5, 2025 |
| | | Weight: | 0.1 LB/0.05 KG |
| Recipient: | | Shipper: | |
| BELLEVUE, WA, US, | | Seattle, WA, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Travel history

Sort by: Ascending ⌄

*Exhibit A*

| Wednesday, 11/5/25 | 2:41 AM | Shipment information sent to FedEx | |
| | 4:16 PM | In FedEx possession At FedEx location | SEATTLE, WA |
| | 5:18 PM | Picked up | AUBURN, WA |
| | 7:43 PM | Arrived at FedEx location | AUBURN, WA |
| | 10:51 PM | Left FedEx origin facility | AUBURN, WA |
| | 11:41 PM | Arrived at FedEx location | TACOMA, WA |
| Thursday, 11/6/25 | 12:44 AM | Departed FedEx location | TACOMA, WA |
| | 5:13 AM | At local FedEx facility | REDMOND, WA |
| | 5:16 AM | Shipment arriving On-Time | REDMOND, WA |
| | 6:41 AM | On FedEx vehicle for delivery | REDMOND, WA |
| | 1:40 PM | Delivered | Bellevue, WA |

## Shipment facts

### 📦 Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 394994402817 |
| SHIP DATE ⓘ | 11/5/25 |
| STANDARD TRANSIT ⓘ | 11/6/25 |
| DELIVERED ⓘ | 11/6/25 at 1:40 PM |

### 🚚 Services

| | |
|---|---|
| SERVICE | FedEx Ground |
| TERMS | Third Party |

### Package details

| | |
|---|---|
| WEIGHT | 0.1 lbs / 0.05 kgs |
| TOTAL PIECES | 1 |
| PACKAGING | Package |

OUR COMPANY

About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

MORE FROM FEDEX

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

LANGUAGE

🌐 United States

FOLLOW FEDEX

© FedEx 1995-2025

Site Map | Cookie Consent | Terms of Use | Privacy & Security | Ad Choices



✓ Delivered
Thursday, 11/6/25 at 1:40 PM
Signed for by: AGARRETT

How was your delivery?
☆ ☆ ☆ ☆ ☆

→ View more details

⤓ Obtain proof of delivery

🔍 Report missing package

From
Seattle, WA US

To
BELLEVUE, WA US

*Exhibit A.*

OUR COMPANY

About FedEx            FedEx Blog
Our Portfolio          Corporate Responsibility
Investor Relations     Newsroom
Careers                Contact Us

MORE FROM FEDEX

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

LANGUAGE

🌐 United States

FOLLOW FEDEX  ⊠ ⓕ ⊗ ⊚ ⓘn ⊙ ⓟ

© FedEx 1995-2025          Site Map  |  Cookie Consent  |  Terms of Use  |  Privacy & Security  |  Ad Choices

 Gmail                                    **Game Master <gamemasterultimate2000@gmail.com>**

## Your Professor Program application has been approved.
1 message

**Pokémon Customer Service** <noreply@pokemon.com>                Tue, Mar 12, 2024 at 3:22 PM
To: GameMasterY2K@gmail.com



*Exhibit B*



Hello from Pokemon.com

You have passed the Professor Rank Basic exam.

Hello, Congratulations on achieving a passing score in the Basic Professor Exam! Before we can welcome you to the program, we need you to complete our background check process. Please keep an eye on your email inbox for an email from First Advantage (our partnered background check company) detailing how to submit your information for background check. Please complete the process within 30 days of receiving the email from First Advantage to ensure that you are able to take your first steps as a Pokémon Professor as quickly as possible. We will review your background check results as soon as we are able. Thank you for your interest in joining the Professor Program!

Sincerely,

**The Pokémon Company International**

Case 3:26-cv-03017-LTS-KEM    Document 1-1    Filed 05/14/26    Page 25 of 56



Exhibit B

**The Pokémon Company**                    **TERMS OF USE**        **PRIVACY POLICY**
10400 NE 4th Street, Suite 2800, Bellevue, WA 98004

# Profile Advantage Consent

 Exhibit C

**VOLUNTEER BACKGROUND CHECKS GLOBAL CONSENT FORM**

The Pokémon Company International, Inc.("Pokémon") has asked a third party service provider, First Advantage Background Services Corp. & its Affiliated Background Screening Entities ("First Advantage"), 1 Concourse Parkway, NE, Suite 200, Atlanta, GA 30328, to collect and hold certain personal information relating to you in connection with your volunteer application.

This form is intended to describe the personal information First Advantage will collect and process on behalf of the Pokémon, and to obtain your consent to these activities.

## *WHAT TYPES OF INFORMATION DOES THIS CONSENT COVER?*

First Advantage will collect and process the following types of information relating to your volunteer application:
- Identification and address information.
- Financial information relating to debt, payment history, bankruptcy and collection matters, financial judgments, litigation.
- Criminal proceedings, convictions and involvement in litigation, including civil suits where the subject was either a plaintiff or defendant.
- Media information.
- Driver's license credentials and status, including driver history, conviction history expiration date, driving restrictions and identity information.

## *HOW WILL THE PERSONAL INFORMATION SUBMITTED BE USED?*

First Advantage will receive information from Pokémon and may use the details you have provided in order to contact third parties, including persons asked to provide references, for the purposes mentioned below.

*First Advantage will verify that the information you have provided in connection with your volunteer application is accurate and will carry out checks relating to the types of background information checked above.*

## *WHO WILL HAVE ACCESS TO PERSONAL INFORMATION?*

This personal information, which is held and collected by First Advantage, will be disclosed by First Advantage to Pokémon and, to the extent required for the purposes listed above, to First Advantage's and First Advantage's Affiliates' employees and third party service providers of outsourced services, or other agencies/companies who provide services to First Advantage and these Affiliates such as fulfillment vendors and their sub-contractors, and translation service providers who are located worldwide. First Advantage will remain the responsible party for jointly used information.

First Advantage and its Affiliates process background checks in data centers and at other locations in the United States and in various countries throughout the world. Processing may include data storage, administrative purposes (creating internal and external reports, invoicing, and trends in data), and operational and/or processing purposes in connection with the preparation of an investigative report to Pokémon.

personal data in a manner that causes it to be transferred or accessed from computer systems owned or operated by or on behalf of First Advantage throughout its global network. Your personal information may be transferred to third party references and sources outside your country of current residence, if needed for the purposes of completing the background check to which you are consenting. For example, if the source is located in another country or if you lived in another country, we may transfer your personal information to that source.

Exhibit C

As part of these arrangements, your personal information may be transferred to the United States by whatever means seems appropriate, and collected, used, disclosed, transferred and otherwise processed, in accordance with the information set forth on this form, by First Advantage in the United States. Your information may also be processed and stored in other countries where First Advantage's service providers are located. Your information may be subject to U.S. or other laws for disclosure. Please note that the laws regarding personal information in some of the jurisdictions involved may be different or less stringent than the laws of the country in which you reside.

For individuals who are located in the European Economic Area or Switzerland, you should be aware that First Advantage abides by the data privacy principles and requirements set forth in the European Union Directive 95/46/EC and other applicable data privacy laws and regulations. Where appropriate, First Advantage executes cross-border data transfer agreements with its customers to ensure an adequate level of data protection.

As First Advantage develops its business, First Advantage might sell, buy, restructure or reorganize businesses or assets. In the event of a merger, consolidation, sale, liquidation or transfer of assets, First Advantage may, in its sole and absolute discretion, transfer, sell or assign information collected, including without limitation, non-personal information and personal information, to one or more affiliated third parties.

Other than as described in this consent, First Advantage will not sell or disclose your personal information to any third party.

## DATA RETENTION
United States Federal law requires that Pokémon and First Advantage retain information pertaining to individuals applying for volunteer positions within the United States. Personal information of applicants applying for volunteer positions in other parts of the world will be retained in accordance with applicable law.

## SECURITY
First Advantage has taken reasonable organizational, technical and administrative steps to safe guard the information submitted to it. Any third parties working with First Advantage are required to protect personal information consistently with the terms of First Advantage's policy and requirements.
You understand that electronic communication systems may not provide a secure environment for your communications with First Advantage.

## ACCESS
In certain countries, consistent with applicable law, you may have the right to access, correct or object to the information that First Advantage holds about you.
The provision of personal information as described in this consent is voluntary.

that you freely agree to First Advantage, Intermediary, and Pokémon collecting, using, disclosing, transferring and otherwise processing your information as described above:

*Exhibit C*

**Consent And Authorization**

I have read and accept the terms of this online profile. I Agree

First Name (given name) :                                      Kyle
Last Name (family name) :                                   Owens

*Kyle Owens*

**Signature**

Date : Sat Mar 16 00:34:30 GMT 2024

Right to Entering into Agreement in Non-Electronic Form:

I understand that I have the right to agree to the Authorization Form on paper and to execute the Authorization Form by handwritten signature. In order to provide it in written form, I can print and upload the form in the Document Upload section upon completing my profile.

Withdrawing My Consent and Updating Information:       *Exhibit C*

I understand that I have the right to withdraw my consent to use electronic signature and the right to update my contact information at any time by calling (800)845-6004. If I decide at any point to withdraw my consent, I understand that the withdrawal is only prospective and shall not impact the legal effectiveness, validity or enforceability of the Authorization Form prior to the implementation of my requested withdrawal. The effectiveness of the withdrawal will be within a reasonable period of time after receipt of the withdrawal. If I withdraw during the period where a screening service is in the process of being fulfilled or ordered, it may impact my application for employment or contract work. For further information you can call (800)845-6004.

If I decide at any point to withdraw my consent, I must provide a signed letter via mail to the mailing address in bold below to notify First Advantage that I wish to withdraw my consent to enter an agreement in electronic form.

Mail: **First Advantage Background Services Corp.**
**Consumer Center**
**P.O. Box 105292**
**Atlanta, GA 30348**

Hardware and Software Requirements:

User must use Internet Explorer 6 or later, Firefox 3 or later, Chrome 36 or later, Safari 3.5 or later. I will be notified if there are any material changes to the hardware or software described above. I hereby represent that I have the minimum requirements necessary as described above.

Requesting a Paper Copy of My Electronic Record:

Upon request, I may obtain a paper copy of the Authorization Form by clicking print before submitting. Additionally, I may mail a request to the mailing address shown above or call (800)845-6004 for assistance.

Consent to Use Electronic Signature:

By selecting the "Agree E-Signature" option below, I hereby consent to the use of my electronic signature to execute the Authorization form. I understand that my electronic signature will have the same legal effect, validity, and enforceability as if I were to execute by handwritten signature. If I do not wish to have my electronic signature to have a binding effect, I must select "Decline E-Signature" option below.


I have read and accept the terms of this Online Application. Customized EauthConsent : **I Agree**

 **Gmail**                                    **Game Master <gamemasterultimate2000@gmail.com>**

## Important Information Regarding Your Background Screening Report
1 message

**DoNotReply@fadv.com** <DoNotReply@fadv.com>                    Wed, Mar 20, 2024 at 5:12 AM
To: gamemastery2k@gmail.com

**| PROFILE**
**| ADVANTAGE**

*Exhibit C*

Welcome, KYLE OWENS

START

We are writing to inform you that you have important information to review regarding your background screening report with THE POKEMON COMPANY INTL.

You can start reviewing this information and take any additional actions necessary using Profile Advantage. It's mobile-friendly, so you can start now.

START
https://paintl.fadv.com/#/invite/?key=70523D559E234934BA703676F00BB8FC

We recommend using Chrome, Firefox or Safari for the most optimal experience, though any browser should work fine.


Sincerely,
The First Advantage Team

 Gmail

**Game Master <gamemasterultimate2000@gmail.com>**

## RE: Requesting a copy of their report - from FADV.com Candidates Center SR#:1-51765702774.

1 message

**support-donotreply@fadv.com** <support-donotreply@fadv.com>
Reply-To: support-donotreply@fadv.com
To: GameMasterUltimate2000@gmail.com

Thu, May 1, 2025 at 11:19 PM

*Exhibit C*

Thank you for contacting First Advantage. Your inquiry is very important to us. The Service Request number for your request is SR#:1-51765702774.

Please keep this number in case you need to reference it in the future. If you need any further assistance please feel free to reach out to us.

Thank you for using First Advantage

Please do not reply to this email.This mail box is not monitored.

--------------------------------------Original Message--------------------------------------

CAUTION - This message originated outside of First Advantage

First Name

Kyle

Last Name

Owens

Date of Birth

10/18/1991

Email Address

GameMasterUltimate2000@Gmail.com

Phone

8153242422

Organization That Requested Your Background Check

Pokemon Company International

Comments

Year of the report: 2024
Month of the report: March

Please provide a copy of the report originally sent to me (Kyle Owens) and the Pokemon Company International in March 2024.

Thank you,
Kyle Owens

*Exhibit C*

First Advantage
P. O. Box 50467
Indianapolis, IN 46209-1002

OWENS, KYLE
106 N 10TH ST
APT 101
FORT DODGE, IA 50501

*Exhibit C*

03/20/2024

Dear Consumer:

Please be advised that First Advantage Background Services Corp ("First Advantage") is reporting public record information concerning you to:

THE POKEMON COMPANY INTL
10400 NE 4TH ST STE 2800
BELLEVUE, WA 98004-5186

The results of this search, a copy of which is enclosed, are confidential and will not be distributed to any organization other than the one that originally requested it. The results are not an indication of an acceptance or a rejection of your employment or service. A separate letter may be forthcoming from the organization that requested your report to indicate acceptance or rejection.

If you have any questions, please call our consumer disclosure center at:
1-800-845-6004

Sincerely,

First Advantage

| | |
|---|---|
| **Consumer Name** | OWENS, KYLE |
| **SSN** | XXX-XX-XXXX |
| **Client Name** | THE POKEMON COMPANY INTL |
| **Client Account Number** | 104597 |

*Exhibit C*

| | |
|---|---|
| **Record Source** | LUZERNE COURT OF COMMON PLEAS-CRIMINAL |
| **Type of Search** | FELONY & MISDEMEANOR RECORD SEARCH |
| **Search Type** | FELONY & MISDEMEANOR RECORD SEARCH |
| **Date of Search** | 03/19/2024 |
| **Given Name Searched** | KYLE LEE OWENS |
| **Developed Name Searched** | KYLE L GAGNON |
| **Developed Name Searched** | KYLE OWENS |
| | |
| **Case Reference #** | CP40CR00038222021 |
| **Name on File** | OWENS, KYLE L |
| **Address on File** | 720 S CRESCENT ST UNIT C, GILMAN, IL 60938 |
| **DoB on File** | XX/XX/XXXX |
| **Charge** | DISORDERLY CONDUCT, ENGAGE IN FIGHTING |
| **Charge Type** | SUMMARY |
| **Disposition** | PENDING WARRANT ISSUED FOR FAILURE TO APPEAR |
| **Date** | 01/07/2022 |
| **Sentence** | WARRANT ISSUED ON 01/07/2022 - ACTIVE - FAILURE TO APPEAR |
| **Charge** | MAKE REPAIRS/SELL/OFFENSIVE WEAPONS DEALS IN USES, OR POSSESSES |
| **Charge Type** | MISDEMEANOR |
| **Disposition** | PENDING WARRANT ISSUED FOR FAILURE TO APPEAR |
| **Date** | 01/07/2022 |
| **Sentence** | WARRANT ISSUED ON 01/07/2022 - ACTIVE - FAILURE TO APPEAR |
| **Charge** | CRIMINAL MISCHIEF DAMAGE PROPERTY |
| **Charge Type** | SUMMARY |
| **Disposition** | PENDING WARRANT ISSUED FOR FAILURE TO APPEAR |
| **Date** | 01/07/2022 |
| **Sentence** | WARRANT ISSUED ON 01/07/2022 - ACTIVE - FAILURE TO APPEAR |

*Exhibit C*

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*
*Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer

1

Exhibit C

reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-567-8688.

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is

2

*Exhibit C*

placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

3

*Exhibit C*

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

 Gmail      *Exhibit D*      **Game Master <gamemasterultimate2000@gmail.com>**

# Your Professor Program application has been declined.
2 messages

**Pokémon Customer Service** <noreply@pokemon.com>      Mon, May 6, 2024 at 1:50 PM
To: GameMasterY2K@gmail.com





Hello from Pokemon.com

You scored 80% and failed the Professor Rank Basic exam.

Sincerely,

**The Pokémon Company International**



The Pokémon Company      **TERMS OF USE      PRIVACY POLICY**
10400 NE 4th Street, Suite 2800, Bellevue, WA 98004

Case 3:26-cv-03017-LTS-KEM      Document 1-1      Filed 05/14/26      Page 40 of 56

**Pokémon Customer Service** <noreply@pokemon.com>
To: GameMasterY2K@gmail.com

Mon, May 6, 2024 at 1:50 PM

 Exchibit D

Hello from Pokemon.com

You scored 80% and failed the Professor Rank Basic exam.

Hello, We regret to inform you that your application to the Professor program has been denied, after reviewing the results of your background check. You may request a copy of your results from First Advantage. As it is not Pokémon Company policy to discuss the results of your background check, if you want to discuss the results, please contact the government entities that manage the applicable records that were sourced in your background check.

Sincerely,

**The Pokémon Company International**



The Pokémon Company      **TERMS OF USE**      **PRIVACY POLICY**

10400 NE 4th Street, Suite 2800, Bellevue, WA 98004

Case 3:26-cv-03017-LTS-KEM    Document 1-1    Filed 05/14/26    Page 41 of 56



Exhibit D



*Exhibit E*



pokemon.com/us/pokemon-trainer-club/professor/message/assessment-disciplined

Amazon.com | eBay | Booking.com | Walmart.com | About us | The Law... | Law Gazette Jobs | J... | Membership | The L... | BA (Hons) Politics a...

| Home | Pokédex | Video Games & Apps | Trading Card Game | Animation | Play! Pokémon Events | News |

# Professor Program

You are currently not allowed to apply for this Professor Rank due to disciplinary actions. Please contact customer service if you have further questions.

**‹ Back to OP Tools Dashboard**

**Contact Customer Service**

Activate Windows
Go to Settings to activate Win



Case 3:26-cv-03017-LTS-KEM    Document 1-1    Filed 05/14/26



Case 3:26-cv-03017-LTS-KEM    Document 1-1    Filed 05/14/26

Exhibit E

## Report Copy Request Instructions For U.S.-Based Candidates

To request a copy, please complete the following form, or you can call our toll-free number: 800.845.6004, or email at consumer.documents@fadv.com.

Thanks for contacting us! We will get in touch with you shortly.

*You may write to us at First Advantage Consumer Center, P.O. Box 105292, Atlanta, GA 30348-5292*

▸ **If I See An Error, How Can I Get That Fixed?**

▸ **How Can I Place A Freeze On My Data?**

▸ **If Someone Else Has Been Using My Identity, What Do I Do?**

Exhibit E

My Requests

✉

**FCRA-613**

THE POKEMON COMPANY INTL.

March 20, 2024

**R**

**Pokemon Organized Play**

Invite Date: March 15, 2024

Expiration Date: April 14, 2024

My Documents

**E**

E-signature consent form

**C**

Consumer Report consent

**U**

Upload Additional Documentation

Chat with an Expert

Activate Windows
Go to Settings to activate Win





Exhibit E

**My Information**

**MY INFORMATION**

Kyle Lee Owens

**My Residences**

**IOWA**

106 N 10th St, united states
January 2023 - Present

**ILLINOIS**

101 S Adams St, united states
November 2016 - January 2023







Exhibit E

Carefully read the instructions below:

1. Click on the View / Download button.
2. Please read the letter carefully.
3. Navigate back to this screen to proceed.

PROCEED     VIEW / DOWNLOAD

VIEW PROFILE     VIEW LETTERS

Chat with an Expert

FirstAdvant


Home › Other Topics › Documents & Policies

*Exhibit F*

# LICENSED TOURNAMENT GUIDELINES AND TOURNAMENT LICENSE TERMS & CONDITIONS

Revision date: November 14, 2023
Effective date: November 15, 2023

If your application to host a game tournament involving a game for which Nintendo owns the copyright is approved ("Licensed Tournament"), an approved License Term Sheet and a Nintendo license number will be sent to the email specified in your Licensed Tournament application. It is up to Nintendo's sole discretion, whether or not a license will be granted to you.

Nintendo grants Organizer a limited license to use the Game for the Licensed Tournament. This license is limited to the Organizer, Game, and Licensed Tournament specified in the approved License Term Sheet. This license is subject to the terms and conditions outlined in the approved License Term Sheet and the Licensed Tournament Guidelines below. Nintendo is providing this license without any representations or warranties of any kind. This license will expire on the Tournament End Date specified in the approved License Term Sheet and Nintendo may revoke this license at any time. Organizer may not assign, delegate, or sublicense this license to any other party, provided that a different corporate entity or organization may operate the Tournament if specified in the approved License Term Sheet. Any use of Nintendo Games or intellectual property therein other than as specifically authorized in this Tournament License, the License Term Sheet, and Licensed Tournament Guidelines, is strictly prohibited and will terminate the license granted herein. Such unauthorized use may also violate applicable laws, including without limitation copyright and trademark laws and applicable communications regulations and statutes. Nintendo reserves all rights not expressly granted herein.

Organizer shall comply with, and shall cause the Licensed Tournament to comply with, these Tournament License Terms & Conditions and the Licensed Tournament Guidelines below. If the operation of the game tournament is outsourced to a corporate entity or organization, Organizer is responsible for ensuring that the corporate entity or organization also complies with the Tournament License Terms & Conditions and the Licensed Tournament Guidelines. Organizer shall be solely responsible for all aspects of the Licensed Tournament, including, without limitation, the execution, operation, administration, and promotion of the Licensed Tournaments. If Nintendo or its affiliated companies are subject to any actual or threatened claims, costs, damages, losses, or other liabilities (collectively, "Covered Losses") as a result of or in connection with the Licensed Tournament or Organizer's or Licensed Tournament participant's use of the Nintendo Games, then Organizer shall indemnify Nintendo and its affiliated companies from all such Covered Losses and any related costs, including, without limitation, reasonable attorney's fees and costs.

This license shall be governed by the laws of the State of Washington without regard to its conflict of laws provisions. Any action or proceeding arising from or relating to this license must be brought in Seattle, Washington, and Organizer irrevocably submits to the jurisdiction and venue of any such court in any such action or proceeding. If any part of these Tournament License Terms & Conditions is determined to be unlawful, void or for any reason unenforceable, then that part will be severed, and the rest will remain intact. These Tournament License Terms & Conditions and the Licensed Tournament Guidelines may be updated by Nintendo from time to time. Accordingly, Organizer is encouraged to check for updates regularly.

### Licensed Tournament Guidelines

Thank you for sharing your passion for Nintendo's games, characters, and worlds. Nintendo cares about the community and would like to support individuals who want to celebrate that passion by creating memorable cooperative and competitive play experiences. At the same time, we want to ensure that fans who are doing so are engaging with our games, characters, and worlds in a way that positively supports other fans, players, and Nintendo.

**Top art**
- Comn
- Ninte
- Wirel and C
- Terms viewir using Partic

Exhibit F

brand; goods or services provided by persons selling or advertising the above items or services; medicines or items that may affect your health or body; alcohol, cigarettes, and other age-restricted items; Nintendo products that have not launched in the region where the Licensed Tournament is taking place; products and services targeted for ages older than the age rating of the software used in the Licensed Tournament; weapons and imitation weapon. Note that even within the scope permitted by these guidelines, if there are other restrictions imposed by applicable laws on the provision of goods or the price limits for prizing, you must comply with the conditions of those restrictions.

- The total value of cash prizing a single Organizer can offer through Licensed Tournaments in a 12-month period must be no more than the equivalent of $10,000 (USD).

- For in-person Licensed Tournaments, Organizers may collect an admission fee from Spectators of not more than the equivalent of $15 (USD) per person.
  - Admission fees collected from Spectators must be used solely for the purpose of covering costs of organizing the tournament and not used towards prizing.
  - Collecting fees from Spectators for online Licensed Tournaments is not permitted under any circumstances.

- Organizers collecting fees must publicly disclose all accounting related to the costs of hosting the event promptly, including entry fees, admission fees, and prizes distributed by posting them on a website and/or on social media accessible to everyone.

- When hosting a Licensed Tournament, Organizers may not receive goods, services, money, etc., from third parties as sponsors except when explicitly approved to do so per the terms of the approved License Term Sheet.
  - If an Organizer is approved to receive goods, services, money, etc., from third parties as sponsors per the terms of the approved License Term Sheet, such approval is subject to any restrictions communicated to you by Nintendo.

- Only with the prior consent from Participants, can Organizers monetize posting of videos, still images, etc. related to Licensed Tournaments on personal accounts in line with the Nintendo Game Content Guidelines for Online Video & Information Sharing Platforms. The total amount of revenue a single Organizer earns in a 12-month period through these activities should be no more than the equivalent of $10,000 USD.

- **The tournament may use Nintendo game footage or images under the following conditions**
  - Organizers may show footage of tournament gameplay at inperson Licensed Tournament venues for games officially launched by Nintendo.
  - Organizers may use captured footage or screenshots of Nintendo Games for any announcement materials of the Licensed Tournament so long as the game has officially launched.

- **The Licensed Tournament is not affiliated with Nintendo and makes no use of Nintendo trademarks or IP except as permitted by these guidelines**
  - Licensed Tournaments may state the tournament is licensed by Nintendo, but may not falsely imply Nintendo is associated with, sponsoring or otherwise affiliated with the event, and may not be presented as "official" or "endorsed" by Nintendo.
  - The names of Licensed Tournaments may not contain Nintendo trademarks or IP, such as Nintendo's company name, logo, product or service names such as game titles, names adopted from Nintendo Games such as character names. This includes any shortened or modified uses of Nintendo trademarks or IP.
  - Other than referencing the game name to indicate which game is being played at the Licensed Tournament, Licensed Tournaments may not make use of Nintendo trademarks or IP, including logos and character art as a part of Licensed Tournament activity.

- **The games used must have been officially launched or service has officially begun in the region where the Licensed Tournament is taking place**
  - Pirated or modified versions of Nintendo Games must not be used
  - Games with online play must use the online gameplay services and/or servers officially operated by Nintendo

- The Organizer posts the following notices on-site and on tournament websites and other

*Exhibit F* (handwritten, margin)

obtain permission from those rights owners separately from these guidelines

- **In addition, Nintendo Games may not be used for Licensed Tournaments that:**
  - Are illegal or inappropriately conducted, or could be viewed as offensive or otherwise inappropriate, including, but not limited to, tournaments that: violate laws or regulations; infringe on Nintendo's intellectual property right; uses a false license number; interfere with the proper operation or impair the safety of Nintendo's products or services; involve illegally copied or modified game software, game software produced using Nintendo's copyrighted material without Nintendo's authorization, or game software obtained illegally; involve cheating, cracking, unauthorized access, circumvention of technical restrictions, unauthorized modification, or use of objects, tools, or services that enable such cheating, cracking, unauthorized access, circumvention of technical restrictions, or unauthorized modification; use of game consoles, accessories, and software not licensed by Nintendo; use of video, images, sound sources, etc., that cannot be used in regular gameplay, extracted through game software via data mining or other methods; or otherwise violate Nintendo's Licensed Tournament Guidelines
  - Fail to protect the health, safety and dignity of Participants and Spectators
  - Have sponsors or that advertise or promote any entity, products or services
  - Promote any campaigns or initiatives based on personal or organized opinions, ideologies, or beliefs
  - Include anything that damages the value of the Nintendo brand and Intellectual Property
  - Fail to follow these guidelines
  - Involve anything that Nintendo deems inappropriate

Nintendo reserves the right to take legal action against or cancel any Licensed Tournaments in its sole discretion, including any tournaments that violate or are likely to violate these guidelines, or Licensed Tournaments that Nintendo otherwise deems inappropriate. In addition, we may take measures such as prohibiting individuals, corporate entities, or organizations that violate these guidelines, or engage in other inappropriate acts, from hosting tournaments in the future.

Nintendo is not responsible for any problems that may arise between Organizers, Participants, Spectators, or third parties regarding the operation of the Licensed Tournament. In addition, please be advised that Nintendo will not respond to individual inquiries regarding the guidelines.

If there are special provisions in other Nintendo guidelines applicable to the Licensed Tournament, please follow those guidelines as well.

Was this helpful?  | Yes |  | No |

| About Nintendo | Shop | Orders | Support | Parent |
| --- | --- | --- | --- | --- |
| Careers | Games | Order details | Nintendo Switch 2 | Info for |
| Corporate Social Responsibility | Hardware | Shipping info | Nintendo Switch | Parent |
| | Merchandise | Refunds and returns | Nintendo Account | |
| | Sales and deals | FAQ | Apps and other products | Comm |
| | Exclusives | | Service Center | Commu |
| | Online service | | Nintendo product recycling | Online |
| | Nintendo Retail Locations | | Warranty | |
| | | | Licensed product information | |

**VERIFICATION and Certificate of Service**

I, Kyle Owens, declare under penalty of perjury that I am the Plaintiff in this matter; that I have read the foregoing Petition at Law; and that the factual statements contained therein are true and correct to the best of my knowledge, information, and belief.

I further attest, that defendants have been given proper chance to be notified and remedy matter (exhibit A - showing both email and fedex notice and PODs).

Finally, I attest to the fact, that defendants have been duly and properly served a copy of this lawsuit and civil filing, and all documents contained there-in, in accordance with the law.

Executed on: May, 7, 2026

/s/ Kyle Owens
 Kyle Owens







