# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

Kyle Lee Owens
*Plaintiff*
v.
The Pokemon Company International and Nintendo of America Inc
*Defendants*

Civil Action No. 3:26-cv-3017-LTS-KEM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☒ other: Plaintiff Kyle Lee Owens take nothing and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☒ decided by Judge Leonard T. Strand on initial review.

Date: September 1, 2026

*PAUL DE YOUNG, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*